James Floyd #21258
TSCC unit H-1-23A
PO Box 70010
Boise, Idaho 83707

Case No:_____   Inmate Name: Floyd, James

Date: 7/13/20_____   Inmate IDOC#: 21258

Document Title: ___Initial Complaint___

Total Pages: 20   Inmate Initials Verifying Page Count:____

Document(s) 1 of 3

## United States District Court
## For The District of Idaho

James A Floyd

    Plaintiff

vs                         Case No

Ada County, Stephen Bartlett,       Initial Complaint

Dennis Jensen, Samual Barns

Amanda IXT4, Barbra Lutz

Jane or John Doe 1-4

 The Defendant are sued in thier

Individeual and affical Capacity

        Defendants

             Jurisdiction

The United states District Court for the District of Idaho has Jurisdiction of Mr Floyds Claims under the Fallowing Statutes

Initial Complaint    -pg. 1

Revised 3/24/16

28 USC § 1331, gives the Court Jurisdiction on questions of constitutional law
42 USC § 1983, gives the Court Jurisdiction on Claims of Violation of Civil Rights
42 USC §         , Civil Rights Conspiracy Claims

### Jury Demand

The Plaintiff is requesting that his Complaint be tried by a Jury.

### Plaintiff

James Allen Floyd, has always been a Citizen of the United States of America, and Currently resides at the Idaho State Correctional Center, P.O. Box 70010 Boise, Idaho 83707

### Defendants

The defendants are sued in thier Individual and offical Capacity

1. Ada County, a municipality within the State of Idaho, Who opperates under the color of state law at 7200 Barrister Dr. Boise, Idaho 83704

Initial Complaint        -pg. 2

Dennis Jensen, Deputy Sheriff of Ada County, and has at all times relevant opperated under the Color of state law at 7200 Barrister Dr. Boise, Idaho 83704

Samuel Barns, Deputy Sheriff of Ada County, has at all times relevant opperated under the Color of state law, at 7200 Barrister Dr. Boise, Idaho 83704

Armando IX TA, Deputy Sheriff of Ada County, has at all times present opperated under the Color of state law, at 7200 Barrister Dr. Boise, Idaho 83704.

Barbra Lutz, Deputy Sheriff of Ada County, has at all times relevant opperated under the Color of state law, at 7200 Barrister Dr Boise, Idaho 83704

Jane and John Doe 1-4 have at all times relevant opperated under the Color of state law, at 7200 Barrister Dr, Boise, Idaho 83704. These defendants will be named through discovery.

Stephen Bartlett, Ada County Sheriff, has at all times relevant opperated under the Color of state law. at 7200 Barrister Dr. Boise, Idaho 82704

## Complaints

### Issue One

Initial Complaint        -pg. 3

Floyd's First Amendment rights under The Constitution of The United States, to association and freedom of speech were Violated When Jane and or John Doe open Floyd's Legal/Privelege mail out side of Floyd's Presence. The mail was addressed to attorney Gerald Bublitz, and the Secutary of the state of Idaho. This based upon a Custom or Policy of openning out going mail

Floyd sent a letter to attorney Gerald Bublitz, located at 604 N 16st street. Boise, Idaho 83702, requesting representation on a unrelated Civil matter.

Around the same time Floyd sent another letter to the Secutary of the state of Idaho. Floyd ask both Parties to send a Copy of his letter (Floyd's) back in to go in his file.

When Floyds responses returned, his letters were both stamped With a green rubber stamp that stated. "Ada County Inmate Mail. The stamps were Placed on Floyds letters before they left the Jail as there Would be no need to Place them on incomming mail.

When Floyd Placed his mail in the mailbox, they were clearly marked "Attorney at Law" and "Legal"

Initial Complaint       -pg. 4

At no time did Floyd authorize anyone to open his legal mail so Floyd filed a Grievance # 048548593

The defendants own Inmate Handbook on Page 42 Indicates, they know that mail to an attorney and an Elected official "Secitary of State of the state of Idaho" is Protected Correspondence.

The driving force behind the violation of Floyds Constitutional rights is the Policy of ada County Jail That all outgoing mail be opened and stamped "ada County inmate mail".

The driving force behind the violation of Floyds First amendment rights is, further the lack of an adequate Policy Concerning Legal/Priveledge Mail as the Current Policy allows the affior to determine if the mail is Legal or Priveledge by looking at the document or the emvlope. By allowing the affior to make a determination by looking at the document is bond to lead to a Constitutional violation, because if he is looking at the document the violation has already accured.

Because of a lack of an adequate Policy it has became a custom of the ada County Jail Not to follow thier own written Policy Concerning Legal/Priveleged mail. They Just open all mail and determine afterward.

Initial Complaint      pg. 5

Stephen Bartlett is the Sheriff of ada County, and has adopted and Promulgated these Policy by way of the ada county Sheriff's Moral and Inmate Handbook, and has Put them into action as to have force of Laws

Because of this action, it Cold Chilled, Floyds efforts, Privelege and rights to seek help from Gerald Bublitz (The Bull) or any other attorney in fear the defendant reading his Legal mail to gain a tactical advantage against Floyd in his Current litigation or other Litigation

### Issue Two

Floyd First amendment rights under the Constitution of the united States, to Political association, freedom of speach, and the right of the People to Peacebly assemble and to Petition the government for redress of a grievance were violated When Floyd was retaliated against, and impeded access to the Court, for assisting other Inmates bring a condition of Confinement Case against the jail

In Late February or early March 2019, Floyd was in the Law library (Legal resource center) When another inmate ask Floyd how to file a lawsuit under 42 USC § 1983, concerning medical Issues.

Initial Complaint    -pg. 6

Floyd went to the U.S.C.A. and got the 42 USC § 1983 book and handed it to the inmate. At that time Deputy Barbra Lutz told Floyd to stop helping that inmate and work on his own stuff. The inmate is only known as "Jake".

Another time Floyd was assisting another inmate named Lynn Mechom on an issue of Diabetic medical diets under the 8th amendment, and explaining the process of a Power of attorney, so Lynn's sister could handle legal issues while Lynn was incarcerated. Barbra Lutz again told Floyd to stop helping Lynn Mechom.

There is no rule in the Ada County Jail inmate handbook that says inmates cannot help other inmates with Legal Work. Nor is there any rule posted in the Ada County Legal resource center forbidding inmates from helping other inmates with Legal Work.

Floyd was motivated in helping these inmates because it would bring about positive changes for the jail, and protect Floyd and Mechams Rights as well as all Diabetics to come, because Floyd and Mechom had already filed several grievence on Diabetic diets. See grievance # 047040303, 04398763,

In mid to Late march Floyd filed a second request to get more than 1 hour Per week to work on (2) two condition of confinement cases, or Initial Complaint      -pg. 7

Revised 3-24-16

to get Legal assistance from someone trained in the law. He was denied and Floyd filed a grievance

On March 27st 2019, Deputy Barbra Lutz responded "You as well, all inmates in the Jail are allowed 1 hour a week for research on your Criminal Case. I realize you have two or more lawsuits against the Jail going, but the Law library is being utilized the entire. time it is opened, People are in the IRC with the same classification level only. As far as us furnishing an attorney we don't do this. If you need anttorney for your lawsuits you must hire one yourself, or talk with legal aid. See Grievance # 042872363

On Floyd's second Level of his grievance (the appeal Level) Deputy Dennis Jensen, Made a clear statement of retaliation against Floyd getting extra time, more than the 1 hour a week.

Dennis Jensen stated "staff response supported" " When you have been given access to the law library you have used some of your time to assist other Inmates rather than focus on your own Legal matters" See Grievance # 092872363.

The Number of Lawsuits Floyd has against the Jail, is irrelevant except They are medical Lawsuits 42 USC § 1983 for Deleberate indifference Initial Complaint      -pg. 8

to serious medical needs, The same Type Floyd who assisting other
inmates with such as "Jake", Lynn Mechan,

Deputy Barbra Lutz and Deputy Dennis Jensen Conspired and retaliated
against Floyd, because Floyd had filed lawsuits against the ada county
Jail, and was Presently assisting others to do the same. Deputy Jensen was
Not Present when Floyd assisted the other Inmates. The only Person that
Could have told him was Barbra Lutz she was the only one Present

ada County Jail has a Policy of only allowing 1 hour a week to
research on an Inmates Criminal Case. This is the Policy for every inmate in
the Jail. This Custom or usage is so Perminate and Well settled as to have
the force of Law, In order to Prevent lawsuits against the Jail, or to delay
Impede or thulnt them,

The ada County Jail has a custom or Policy of Preventing Inmates from
assisting other Inmates across the Courts on Condition of Confinement Cases
that are against the Jail. This action Chilled Floyd from assisting any other
Inmate file at the County Jail and seeking any Help from anyone either

Issue Three

Floyd's United States Constitutional Rights under the First, Fifth and
Fourteenth amendments were violated by a Policy that is Unconstitutional
on its face. By requiring an Inmate to choose between the law library
and recreation, Which Caused Floyd absolute Injury because both
Initial Complaint      -pg. 8

are Constitutionally mandated, and This Policy oppereated to Prevent, Chill deny, thust, and Rimder Floyd's access to the Courts

The law library at the Ada County Jail is only Staffed Part time monday through Thursday, about 19 hours Per Week

all inmates, if Possible, were aloud. 1 hour Per Week to research on thier Criminal Case, and Sometimes actualy teirned away from accessing for the Week.

The time Floyd Would be called to the Law Library, and the day af the Week he Would be called each Week changed Week to Week. Either the day of the Week or the time

When Floyd exceriside his contititional right to go to recreation and Barbra Lutz, Called the Law Library, Floyd Would be chilled from Persuing litigations for the Week.

Given this delima Floyd filed an inmate request early in Feburary 2019 asking if the law library and recreation Schedule could be cordinated So Floyd could attened both. Because if Floyd had excersised Constitutional Right to go to recreation twice, and Law library was called, Floyd Would be cut down to 2 hours Per month to

Initial Complaint        -pg. 9

access the Courts

After Not getting a clear answer on the matter, Floyd filed a Grievance # 037578293 stating "There is No schedule that for recreation and Law library that allows an inmate access to both if they are on the sameday. I must choose which I want, but both are required and constitutional mandated."

Deputy Samual Barns, response to Floyds Grievance was "Mr Floyd the ada County Jail Provides you the opportunity to go to recreation (5) times Per week for (1) hour. Per Policy you do have access to the Law Library at certain times during the week. It is your decision to either go to recreation or the legal resource center at the offered times, at this time the schedule is set due to accomidating multiple Units and other inmates in the facility. See Grievance # 037578293

On the second level of Floyds Grievance, Deputy Dennis Jensen held "Staff response. supported" "When you have been given access to the Law Library you have used some of your time to assist others, rather than focus on your own legal matters" On Febuary 6th 2019. Floyd filed another Concern asking where his original Response to his Grievance # 037578293, went concerning cordinating the Law library and recreation schedule so inmates can attened both. See Request # 037848743.

Initial Complaint       -pg. 10

Responding to Floyds request Deputy Armando Ixta stated: "Mr Floyd the law library is scheduled when you are on your out time. That is when it is available to you, if it happens to be recreation at the sametime we apologize everything is run on a schedule at the ada County Jail you will have to chose what is more important Rec or Law library." See request # 037848743

Floyd did not file a grievance on Deputy Armando Ixta, saying Floyd had to chose between Law Library and Rec. Floyd had already grived the issue, and Per the ada County Jail inmate handbook, an inmate repeadedly griiving the same issue constitutes an abuse of the IRF/ Grievance Process and can result in Disiplinary action. See ada County Jail Inmate handbook Page 27.

By the defendants own Policies they know Floyd is entitiled to both Law Library and Rec. Them making Floyd chose, or all inmates for that fact, has became unwritten Custom/Policy of the ada county Jail. That is a well settled and wellspread routine Practice as to have the force of Law.

Three deputies in three days acknowledge Floyd must chose. This is unconstitutional and on its face, and Violates Floyds First and Fourteenth Amendment Rights, chilling his access to the Courts.
Initial Complaint          -pg. 11

for 9 months, as Floyd would not get help from anyone, nor give any help

Issue Four

Floyd's First amendment Right to Petition the government for redress of a Grievance, and Floyds Fourteenth amendment right to Due Process of Law, Equal Protection of the law, and Article IV Privileges and Immunities Clause were violated when the Defendants, obstructed, hindered, stymied, impeded and Frustrated Floyds efforts to bring a non frivolous Constitutional Claim before the Court, as well as Properly Prepare for Court hearings in case James Floyd v Ada County et al

When Floyd arrived at the ada County Jail around January 19th 2019 Floyd sent an inmate request to Deputy Barbra Lutz requesting two (2) Case Numbers James Floyd (1) v Ada County Commissioners and (2) James Floyd v Ada County et al

As set out in other issues, the ada County Jail law library is only Staffed Part Time and opened approximatly 19 hours a week. Floyd sent a request to get more time, than 1 hour a week to work on 2 condition of Confinement Cases on February 8th 2019 (see cases above)

On February 10th, 2019, Deputy Barbra Lutz responded back in Pertanate Part " Everyone in the Jail is offered the LRC (Legal Resource Center ) one (1) houra week to work on thier Criminal Case if Possible.

Initial Complaint          -pg. 12

Being Confused Because Deputy Lutz said one (1) hour a week if Possible Floyd sent another request on 9-10-19, asking the same.

Deputy Lutz responded to Floyd stating " If this is on your criminal Case and you are Pro-se we try to get those People extra time. On civil matters everyone is Pro-se so it is harder if at all to get extra time

Idaho has an open Court Clause under article 1 § 18, to make a diffrence between criminal and Civil denies equal access under the Idaho Constitution and the Fourteenth amendment of the Constitution of the United States

Floyd needed more access than 1 hour per week in the law library to read the Court Rules, Procedure rules, and the Jurisdictional rules, to determine the, When, how, where and Whom with, Floyd would need to file with, to continuing Processing his exsisting litigation through the Courts. So Floyd submmitted another request for extra time on 9-27-19 as (1) hour a week was insufficient to accomplish anything, even to read all the: Jurisdictional Rules, Court Rules, Procedural Rules at (4) hours Per month if Possible

although Inmates are generally held to a less stringent standard than an attorney, they are still required to follow the Court Rules

Initial Complaint          -pg. 13

Procedural rules and file in a court of competent Jurisdiction

On 3-25-19, Floyd filed a grievance requesting Time in the Law Library or in lue of, assistance from a lawyer or someone trained in the law,

Deputy Barbra Lutz responded back in Grievance # 042872363, stating you as all inmates in the jail are aloud 1 hour a week for research on your criminal case. I realize you have two or more lawsuits against the jail. It is being used all the time it is open by People of the same Classification Level. We can't get you a lawyer, you will have to do that on your own or contact legal aid

There is a green cage in the corner of the legal resource center. That Deputy Barbra Lutz, has had the Deputies escourt a level 1 inmate in and Place the inmate in the cage, to use the law library, With Floyd a medium custody inmate Present. This Puts different custody level inmate in the law library at the same time and Idaho Legal aid doesn't assist incarcerated individuals.

On Floyds second level appeal on Grievance # 042872363, Deputy Dennis Jensen responded "Staff response supported "When you have been given access to the law library you have used some of your time to help other inmates rather than focus on your own Legal matters."

Initial Complaint          -pg. 14

Floyd has a constitutional right to assist other inmates, and recieve assistance from them. There is no rule in the Ada County Jail Inmate Handbook that says inmates cannot help other inmates. There is no rule Posted in the legal resource center that says inmates cant help each other

There is no book checkout, or Paging system. The only way to get the information / Tools one needs is to access the law library to read the Court Rules, Jurisdictional rules and Procedures, so one can Properly bring his cause of action

Because Floyd was excercising a Constitutional Protected right. Floyd was Penalized for helping others and receiving help. Floyd was not requesting to go on a fishing expedition to do general reseach, but to research the rules Pretaining to current existing litigation,

Floyd was restricted to (1) one hour a week, and denied extra time because he assisted others. This so obstructed, hindered, impeded and thwart Floyd's access to bring a Non Frivolous Claim before the Court

## Floyds Non-Frivolous Claim

Question: Does an inmate have a constitutional right to attened Initial Complaint          -pg. 15

Revised 3 24 16

a Property deprivation hearing based upon a State established Procedure of tax Deed or is letters sufficient?

The United States Supreme Court in the case of. Wolff vs McDonnell 418 US 539 (1974) held that there is no dichotomy between a liberty Intrest or a Property Intrest they Parell each other in the Constitutions 14th Amendment.

The United States Supreme Court in the case of Logan v Zimmermann Bash Co. 455 US 422, 436 (1982) held that the deprivation of Property that are "authorized" or the result from an "Established Procedure" may deny due Process regardless of whether there is a Post deprivation Remedy.

The Ninth Circuit court of Appeals applying Logan (supra) to the Prisoners Case of Paitt v Mac Dougall 773 F2d 1032, 1035 (9th Cir 1985), held "That because "Paitt" Claims deprivation of Property right based upon a State established Procedure, he is entitled to a meaningful hearing at a meaningful time", See also Hale v Ariz 697 F2d 1356, 1371 (9th Cir 1992) Idaho tax Deed is a State established Procedure, See Idaho Code § 63-1005

Based upon a liberty Intrest case for an inmate. Wright V Emonts 462 F.Supp 397, 403 (N.D Cal) Judgement affirmed 434 US 1052, 98 SCt 1223 (S.C 1978) held: When an inmate has a right to a hearing he has a right to attened that hearing. Sense there is no dichotomy between a liberty Intrest and a Property Intrest it would apply to both.

Initial Complaint          -pg. 16

The right of an inmate to attened his hearing is Not based upon what the inmate may or may not testify, too, or what evidence he may Present as the Court in Wolff (Supra) Pointed out due Process ensures fundamental fairness and Protects against arbitrary goverment actions. Wolff (supra) 418 US at 564, 94 S.Ct at 2978, an inmates Presence serve this Purpose.

In the Property Case of Goldberg v Kelly 397 US 254, 268-69 (1970) held the right to due Process of law requires a Petitioner the oppertunity to make an oral Presentation to the Court.

The Court In Goldberg (supra) further held that written Presentations does Not allow an indivicual to mold and shape his arguement to What the trier of fact finds important.

Floyd wasn't aloued to attened the hearing to take his Property. although it was a few block away in the Courthouse that Floyd had been going to on criminal Charges for 3 months, but was only aloud to make an exchange of letters between the officials involved.

The Ninth Circuit Court of Appeals in the cases of Toussaint vs Mc Carthy 926 F2d 800, 803 (9th cir 1990), found that the exchange of letters between officials does not settle due Process under the Constitution of the United States

The Third Circuit Court of Appeals In the case of Halman v Hilton 712 F3d 854, 862 (3rd 1983) Citing to Goldberg (supra) held only allowing an inmate to Present his Claims in writing did Not amount to a meaningful hearing. "We have Previously found that Halman's Initial Complaint        -pg. 17

intrest in advancing his cause of action for redress of lost
Property is substaintal. The administrative Procedures supplied
by the State, however Proveded Prisoners with the oppertunity to
Present thier Claims at most only on Paper. This inherant frailties
of Procedures that depend exclusivly upon written Presentation for the
resvelution of Individuals Claims has long been recognize. Goldberg
V Kelly 397 US 254, 269, 90 SCT 1011, 1021, 25 LEd 2d 287 (1970)

Floyd's claim fends Support from United States Supreme Courtt holding
Nininth Curricut halding and it is Not Frivalous

Because of the short Comming in the ada County Law library restricting
Inmates to one (1) hour a week to research thier Criminal Case, if Passible,
and restricting Floyd's access because he helped amother inmate access
the Courts, along with making Floyd choose between the law library
and other Constitutional right, Floyd was so thwarted, obstructed and
Rendered, by denying Floyd access to the tools needed to search the
Subject matter Jurisdiction, to file in the Proper Court to continue
Pursuing his exsisting litigation. Floyd delayed filing this action until
he left the ada County Jail out of fear of more retaliation from the Defendants.
Floyd also suffered injury by not being able to Properly Prepare
for a Summary Judgement; he missed the Technical rule to swear her
Statement under the Penalty of Perjury, a rule Floyd could not have Know
Initial Complaint                    -pg. 18

Without researching it

## Physical Injury

Between 3-21-19 through 4-9-19, Floyd developed an external shoulder injury that caused Floyd to loose mobility in his arm, that was extremely painful

Floyd develope an injury with his feet, that affected his ability to walk.

Floyd developed an internal injury around his liver that was painful because they failed to treat Floyds hep c.

## Relief Requested

Floyd is requesting the following relief:

Nominal Damages, in the amount of $25,°°° dollars or that which a jury find appropriate.

Punitive damages in The amount of $300,°°° dollars for operating under facial unconstitutional polices, that violated the plaintiffs Constitutional rights.

Copensatory Damages in the amount of $500,°°° dollars as follows $150,°°° dollars actual value of lost property; For Pain and suffering

Initial Complaint                    -pg. 19

Mental and Emotional stress $ 250.°°° dollars

The Plaintiff swear under the Penalty of Perjury 28 USC § 1746, that the For going is true and correct to the best of my Knowledge

Dated this 13ᵗʰ day of July, 2020          James A Floyd

Initial Complaint          -pg. 20

Revised 3 24 16